**Scura Mealey Wigfield & Heyer, LLP**
1599 Hamburg Turnpike
Wayne, NJ 07470

Invoice submitted to:

Cynthia Meyer & Carlos Fernandez
8200 Boulevard East
Apt 10 A
North Bergen, NJ 07047

April 24, 2012
In Reference To: Chapter 13 hourly
Case # C13-00433
Invoice #31179

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2012 | JJS3 | Meeting with client | 0.70<br>325.00/hr | 227.50 |
| 2/13/2012 | JJS3 | Meeting with Paralegal - instructions on petition and plan to be prepared | 0.60<br>325.00/hr | 195.00 |
| | TA | Paralegal- Set up client file, Enter client Information into Time Matters & Time Slips. Scan client docs. | 0.60<br>125.00/hr | 75.00 |
| 2/16/2012 | RS | Paralegal- begin draft of petition | 1.20<br>125.00/hr | 150.00 |
| 2/17/2012 | RS | Paralegal- update petition, email to client | 0.50<br>125.00/hr | 62.50 |
| 2/20/2012 | JJS3 | Review of petition and make changes - email paralegal | 0.40<br>325.00/hr | 130.00 |
| 2/22/2012 | DG | Paralegal- received instructions from JJSIII to re-calculate the pay information; review all pay stubs and re-enter all information; prepared e-mail to client indicated what dates are missing; forward e-mail to JJSIII. | 1.00<br>125.00/hr | 125.00 |
| 2/23/2012 | JJR | Review of draft of client's chapter 13 petition; review of income calculation to verify accuracy of the same; review of means test and slight adjustments to the same; discuss strategy of timing of bankruptcy filing | 0.70<br>325.00/hr | 227.50 |

Cynthia Meyer & Carlos Fernandez

Page 2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2012 | DG | Paralegal- prepared calculation for plan and prepare plan; review with JJR and discuss disability with pay; e-mail client. | 1.00 125.00/hr | 125.00 |
| 2/27/2012 | DG | Paralegal- review of file; make changes to plan payments; prepared e-mail to client in reference to appointment. | 0.40 125.00/hr | 50.00 |
| | JJS3 | Review of petition and plan and make final changes | 0.20 325.00/hr | 65.00 |
| 2/28/2012 | JJS3 | Meeting with client to sign petition | 0.20 325.00/hr | 65.00 |
| 2/29/2012 | JJR | Review of chapter 13 petition and plan, as filed with the court, save copy of the same to client's file | 0.10 325.00/hr | NO CHARGE |
| 3/1/2012 | DG | Paralegal- organize file and all pay information; scan all documents for Trustee; download and save to file. | 1.00 125.00/hr | 125.00 |
| | DG | Paralegal- received notice of 341(a) hearing; diary same. | 0.10 125.00/hr | 12.50 |
| | JJR | Review of email from the court assigning client's meeting of creditors, forward to paralegal to diary the same | 0.10 325.00/hr | NO CHARGE |
| | JJR | Review of email from the court scheduling client's confirmation hearing, forward to paralegal to diary the same | 0.10 325.00/hr | NO CHARGE |
| | DG | Paralegal- prepared two letters to client; one in reference to 341(a) hearing; one in reference to Trustee payments; prepared e-mail to client and attached both letters. | 0.40 125.00/hr | 50.00 |
| 3/6/2012 | DG | Paralegal- received telephone call from client in reference to Trustee payments; advised of payment schedule. | 0.10 125.00/hr | 12.50 |
| 3/8/2012 | JJR | Review of proof of claim filed by Department Stores National Bank, unsecured status of the same, save copy to client's file | 0.10 325.00/hr | NO CHARGE |
| | DG | Paralegal- received proof of claim from Department Stores; download and save to file. | 0.10 125.00/hr | 12.50 |
| 3/13/2012 | DG | Paralegal- received notification of confirmation hearing; diary same. | 0.10 125.00/hr | 12.50 |
| 3/21/2012 | DG | Paralegal- received proof of claim from Target; download and save to file. | 0.10 125.00/hr | 12.50 |
| | DG | Paralegal- received proof of claim from Toyota; download and save to file. | 0.10 125.00/hr | 12.50 |
| 4/2/2012 | DG | Paralegal- review file for 341(a) hearing; scan all documents for trustee; prepared e-mail to trustee and forward all information. | 0.90 125.00/hr | 112.50 |

Cynthia Meyer & Carlos Fernandez                                                                                  Page    3

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2012 | CB | Telephone call with client to remind of 341 hearing scheduled for tomorrow and see if they have any questions regarding the same | 0.10 325.00/hr | 32.50 |
|  | CB | Email to client reminding of 341 meeting and what needs to be brought | 0.10 325.00/hr | 32.50 |
| 4/10/2012 | CB | Drive to Newark for 341 and then to the office | 1.60 125.00/hr | 200.00 |
|  | CB | Court Appearance for 341 in Newark | 1.00 325.00/hr | 325.00 |
|  | CB | Sent email to Trustee to find out if clients can make payments on the 15th of the month as opposed to the 1st. This was sent as per client request. | 0.10 325.00/hr | 32.50 |
| 4/11/2012 | CB | Sent email to client explaining Trustee payment due date cannot be changed as per the Trustee | 0.10 325.00/hr | 32.50 |
| 4/19/2012 | DG | Paralegal- received proof of claim from Target; download and save to file. | 0.10 125.00/hr | 12.50 |
| 4/24/2012 | DLS | Plan and prepare for confirmation hearing. Review docket and enter client in payment register with trustee. | 0.40 325.00/hr | 130.00 |
|  | DLS | Draft fee application, proposed order and letter to client concerning fee application. Instruct paralegal to file prior to confirmation. Review billing and mark selected items as no charge to reduce cost to client. | 0.40 325.00/hr | 130.00 |
|  | DG | Paralegal- prepared preconfirmation certification; prepared e-mail to client and forward for signature. | 0.20 125.00/hr | 25.00 |
| 4/26/2012 | CB | Court Appearance for Confirmation Hearing, Newark | 0.50 325.00/hr | 162.50 |
|  | CB | Drive to & from Newark Court for Confirmation Hearing | 1.60 125.00/hr | 200.00 |
|  |  | For professional services rendered | 17.00 | $3,175.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 2/29/2012 | Credit InfoNet Search | 50.00 |
| 3/1/2012 | Court filing fee | 281.00 |
|  | Total costs | $331.00 |
|  | Total amount of this bill | $3,506.00 |

Cynthia Meyer & Carlos Fernandez                                                                    Page        4

                                                                                                        Amount

2/13/2012  Payment - Thank You. Check No. 1754                                                     ($2,000.00)
2/28/2012  Credit Card Payment - Thank You                                                           ($281.00)

           Total payments and adjustments                                                          ($2,281.00)

           Balance due                                                                              $1,225.00

## User Summary

| Name | Hours | Rate |
|---|---|---|
| JJS3 - John J. Scura III, Esq. | 2.10 | 325.00 |
| CB - Christopher Balala, Esq. | 1.90 | 325.00 |
| CB - Christopher Balala, Esq. | 3.20 | 125.00 |
| JJR - Joseph Reilly, Esq. | 0.70 | 325.00 |
| JJR - Joseph Reilly, Esq. | 0.40 | 0.00 |
| DLS - David L. Stevens, Esq. | 0.80 | 325.00 |
| DG - Dianne Giardina - Paralegal | 5.60 | 125.00 |
| RS - Ray Sanchez - Paralegal | 1.70 | 125.00 |
| TA - Tami Arce - Paralegal | 0.60 | 125.00 |